Sarah Edna Page, appellee, v. Agnes M. Burns and Richard O. Burns, appellants. Gen. No. 9,003.

Opinion filed December 5, 1935.
Francis A. Harper, for appellants. John K. Newhall and David B. Givler, for appellee.
Mr. Presiding Justice Huffman delivered the opinion of the court.

Robert B. Ayres, administrator of the estate of Frank Ayres, deceased, appellee, v. Village of Hinsdale, appellant. Gen. No. 9,014.

Opinion filed December 5, 1935.
Malcolm Mccartney, for appellant. Beach, Fathchild & Scofield, for appellee; C. J. Scofield and L. A. Smoler, of counsel.
Mr. Presiding Justice Huffman delivered the opinion of the court.

## THIRD DISTRICT.

George Carrico Drake, appellee, v. The Bankers Reserve Life Company and The Ohio National Life Insurance Company, appellants. Gen. No. 8,910.

Opinion filed October 10, 1935.
Hill & Bullington, for appellants; Bettinger, Schmitt & Kreis, of counsel. Lester K. Vandever and Dryer & Brown, for appellee.
Mr. Presiding Justice Davis delivered the opinion of the court.

In re Estate of Orville J. Penwell, deceased.
Warren Penwell et al., appellants, v. The First National Bank of Danville, appellee. Gen. No. 8,913.

Opinion filed October 10, 1935.
W. H. Craig, J. J. Baker and Geo. B. Rhoads, for appellants. Lewman & Carter, for appellee.
Mr. Presiding Justice Davis delivered the opinion of the court.